# UNITED STATES DISTRICT COURT

for the

District of

Division

Donald Ray Logsdon Jr
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See Attached
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 21 CIV 252 JFH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED
AUG 23 2021
PATRICK KEANEY
Clerk, U.S. District Court
By ____ Deputy Clerk

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Donald Ray Logsdon Jr |
| Street Address | 4205 Hwy 66 West |
| City and County | El Reno Canadian County |
| State and Zip Code | Oklahoma, 73036 |
| Telephone Number | 405-262-4875 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Doris Crawford |
| Job or Title *(if known)* | Nurse |
| Street Address | 1210 N. West st. |
| City and County | McAlester Pittsburg County |
| State and Zip Code | Oklahoma 74501 |
| Telephone Number | 918-423-5858 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | United States Marshal Service |
| Job or Title *(if known)* | Government Agency |
| Street Address | 111 N. 5th Street Rm 136 |
| City and County | Muskogee Muskogee County |
| State and Zip Code | Oklahoma 74401 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Pittsburg County Jail |
| Job or Title *(if known)* | Government Agency |
| Street Address | 1210 N. West st. |
| City and County | McAlester Pittsburg County |
| State and Zip Code | Oklahoma 74501 |
| Telephone Number | 918-423-5858 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Loyd London |
| Job or Title *(if known)* | Chief of Security |
| Street Address | 1210 N. West st. |
| City and County | McAlester Pittsburg County |
| State and Zip Code | Oklahoma 74501 |
| Telephone Number | 918-423-5858 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III Statement of claim

(1)

I was in Pittsburg County Jail, under the custody of United States Marshal Service. The nurse, Doris Crawford, gave me the wrong medication for 8 days in a row. I documented this numerous times on the jails electronic request to staffs. I documented it to the nurse, the chief of security, Jeff Daniels, the jail administrator, the under sheriff and the Sheriff. I did not know until later that the sheriff, the under sheriff, and the chief of security do not recieve these electronic requests. When the jail administrator told the sheriff about the situation, the sheriff told the chief of security to pull me from my cell and have the nurse apologise to me. The chief of security did pull me from my cell to the nurses office. She did then apologise and explained to me that it will never happen again. I told them that when I got to federal prison I was going to sue and they both said "Good Luck." Please retrieve my electronic request to staffs from the jail. It is all documented on them.

8-19-21

Donald Logsdon
4205 HWY 66 West
El Reno, OK
73036

[signature]

III Statement of Claim

(1)

After they said good luck, Loyd London asked me what I wanted to eat the next day for breakfast. He said he was buying McDonalds for me. I told him breakfast burritos and orange juice. The next morning he had an officer pull me from my cell to take me up front to booking. Loyd London handed me a McDonalds sack with 4 burritos in it and a orange juice. He said "now we're even for her mistake." I never said anything. I just ate the burritos and drank the orange juice. I have a witness who will testify to the facts of this. Dennis Cantrell seen me eating the food and was in the cell with me throuout the time the nurse gave me the wrong meds. Every day I showed him the little yellow pill and I would say "Look, she did it again." -

8-19-21

Donald Logsdon Jr
4205 HWY 66 West
El Reno, OK
73036

Donald Logsdon

III Statement of Claim

(2)

The nurse at Pittsburg County Jail Refused to let me get any Kind of pain medication. Even after the USMS approved me for Pain Management. Doris allawed the doctor to prescribe me Gabapentin for my pain. Gabapentin is not even approved by the F.D.A. for pain. I started out on 300 Mg. 1X per day. When It wasnt working she had the doctor bump me all the way upto 800 mg 3X per day. That still didnt work. If you read all my electronic request to staffs and medical requests, you will see that I put in numerous of both trying to get some pain relief.

Donald Ray Logsdon Jr
8-19-21 4205 Hwy 66 West
El Reno, OK
73036

[signature]

III Statement of Claim

(3)

I have had to go to the emergency room 10 times within the last year due to pain. It got to where the nurse at the jail wouldnt let me go to the hospital. She would refuse me medical attention. Read all my electronic request to staffs and medical requests and you will see all of this.

Donald Ray Logsden Jr
4205 Hwy 66 West
El Reno, OK
73036

9-19-21

[signature]

(5)

III Statement of Claim

(4)

I am not sure of the exact dates of any of my claims, as when I tried to get copies of each of my 150+ medical requests and request to staffs, I was told to have an attorney try to get them for me if I want to file a lawsuit. If you read my electronic request to staffs you will see this response.

Donald Ray Logsdon Jr
4205 Hwy 66 West
El Reno, OK
73036

[signature]

8-19-21

Punitive Damages-$ 80,000,000
Nominal Damages-$ 1.00
Actual Damages-$ 9,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-19-21

Signature of Plaintiff Donald Ray Logsdon JR
Printed Name of Plaintiff Donald Ray Logsden Jr

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________
Printed Name of Attorney ____________
Bar Number ____________
Name of Law Firm ____________
Street Address ____________
State and Zip Code ____________
Telephone Number ____________
E-mail Address ____________

CERTIFICATE OF SERVICE

I Donald Logsdon Jr, UNDER THE PENALTY OF PREJURY, AM THE PETITIONER AND ACKNOWLEDGE THAT THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATE 8-~~16~~ 19-21

RESPECTFULLY SUBMITTED

Donald Logsdon JR

I Donald Logsdon JR, UNDER THE PENALTY OF PREJURY, ALSO DECLARE, THAT BY USING THE UNITED STATES POSTAL SERVICE, ONE COPY HAS BEEN SENT POSTAGE PREPAID BY THE UNITED STATES MAIL SERVICE TO THE UNITED STATES ATTORNEY'S OFFICE IN THE DISTRICT ~~[illegible]~~ Eastern STATE OF Oklahoma.

Donald Ray Logsdon Jr
4205 Hwy 66 West
El Reno, OK
73036