## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**DONALD RAY LOGSDON,**

     **Plaintiff,**

**v.**              **Case No. 21-CV-252-JFH-JAR**

**DORIS CRAWFORD,**

     **Defendant.**

### <u>ORDER</u>

  Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 167. The Magistrate Judge recommends that the Motion for Sanctions for Failure to Comply with the Court's Order on Defendant's Motion to Compel filed by Defendant Doris Crawford [Dkt. No. 119] be granted and the case be dismissed with prejudice.

  Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant's Motion for Sanctions for Failure to Comply with the Court's Order on Defendant's Motion to Compel [Dkt. No. 119] is granted. Plaintiff's claims are dismissed with prejudice.

  IT IS SO ORDERED this 29th day of April 2024.

          _____

          JOHN F. HEIL, III
          UNITED STATES DISTRICT JUDGE