IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DONALD RAY LOGSDON,

          Plaintiff,

v.	Case No. 21-252-JFH-JAR

DORIS CRAWFORD,

          Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the case. IT IS HEREBY ORDERED that judgment is entered in favor of Defendant Doris Crawford and against Plaintiff Donald Ray Logsdon.

Dated this 29th day of April 2024.

*[signature]*
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE